# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **KARA JORDAN,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **HYSTER-YALE GROUP, INC., ET AL.,** | CASE NO: 22-1198-STA-jay |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **AGREED ORDER OF DISMISSAL WITH PREJUDICE** entered on July 23, 2024, this cause is hereby DISMISSED with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 7/24/2024**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By)   Deputy Clerk